James E. MILLER, Deceased, Jeannie Miller, Respondent,

v.

Nancy K. MILLER, Appellant.

No. WD 66430.

Missouri Court of Appeals, Western District.

May 9, 2007.

John W. Dennis, Jr., Independence, MO, for Respondent.

John J. Hager, Kansas City, MO, for Appellant.

Before HOWARD, C.J., and ULRICH and NEWTON, JJ.

**Order**

PER CURIAM.

Nancy K. Miller appeals the judgment entry of the Circuit Court of Jackson County, which dissolved her marriage to James E. Miller and divided their property. She claims that the trial court erred in its classification of certain property, in its valuation of her retirement account, and in its division of property. We affirm the judgment of the trial court.

Affirmed. Rule 84.16(b).